# IN THE SUPREME COURT OF THE STATE OF NEVADA

NADER YOUSEF ABDELSAYED, M.D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
VALERY MUNIZ, A MINOR, BY AND
THROUGH HER NATURAL PARENTS
AND LEGAL GUARDIANS, MARTHA
ACOSTA-COCHRAN AND MIGUEL
MUNIZ,
Real Parties in Interest.

No. 75338

FILED

APR 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order granting partial summary judgment in a medical malpractice action. Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, we are not

persuaded that an appeal from a final judgment is an inadequate remedy. *See Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

cc: Hon. Jerry A. Wiese, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
De Castroverde Law Group
Hand Page Sullivan Martin, LLC
Eighth District Court Clerk